**JUDGE COTE**

08 CV 4746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

O.D.F. OPTRONICS LTD. and
WAVE GROUP LTD.    Docket No.



Plaintiffs,

-against-

REMINGTON ARMS COMPANY, INC.,
MIGUEL PEREZ d/b/a TACTICAL DEPOT
And John Does 1-10 being defendants whose names
are currently unknown but are engage in the
wrongdoing alleged in the complaint herein,

Defendants.
------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the reading and filing of the annexed Declaration of Eran Tibon, dated May 14, 2008, and the exhibits annexed thereto, and the Complaint, dated May 20, 2008, and the accompanying Memorandum of Law in Support of Plaintiff's Application for a Preliminary Injunction and Expedited Discovery, and upon all prior proceedings had herein;

IT IS HEREBY ORDERED that defendants Remington Arms Company, Inc., and Miguel Perez d/b/a Tactical Depot, SHOW CAUSE, before the Honorable _____, at Courtroom ____, of the Federal Courthouse for the United States District Court for the Southern District of New York, located at _____, New York, on the ____ day of _____, 2008, at ____ a.m./p.m., or as soon thereafter as counsel may be heard, why Orders should not be entered herein: : (a) pursuant to F.R.C.P.R. 65 granting a temporary restraining order and preliminary injunction enjoining Remington Arms Company, Inc.

from selling, promoting, distributing or otherwise disbursing any ODF Eyeball kits, spare parts, demo systems or other O.D.F. Optronics Ltd. ("ODF") or Wave Group Ltd. ("Wave") products in their possession or control, (b) pursuant to F.R.C.P.R. 65 granting a temporary restraining order and preliminary injunction enjoining Miguel Perez d/b/a Tactical Depot ("Perez") from selling, promoting, distributing or otherwise disbursing any ODF Eyeball kits, spare parts, demo systems or other ODF or Wave products outside of the United States, (c) pursuant to F.R.C.P.R. 26(d)(1) granting Plaintiffs' limited expedited discovery and (d) granting such other and further relief as to this Court seems just and proper; and it is further

ORDERED that, pending the hearing and determination of said motion, (a) Remington Arms Company, Inc. is enjoined from selling, promoting, distributing or otherwise disbursing any ODF Eyeball kits, spare parts, demo systems or other O.D.F. or Wave products in its possession or control, and (b) Miguel Perez d/b/a Tactical Depot is enjoined from selling, promoting, distributing or otherwise disbursing any ODF Eyeball kits, spare parts, demo systems or other ODF or Wave products outside of the United States; and its further

ORDERED that service of this Order and the papers upon which it is based, and the Complaint, upon each defendant by overnight mail on or before May **23**, 2008, shall be deemed good and sufficient service; and it is further

ORDERED that answering papers, if any, shall be served upon the Plaintiffs' counsel, so that they are received by **May 30**, 2008' and it is further

ORDERED that reply papers, if any, shall be served by ~~_____~~, 2008.

*NO REPLY PAPERS*

Dated: May ___, 2008

JAB
5/21/08 — Security in the amount of $ _____ will /be/ posted by _____

~~DLC~~ S.D.J

TRO DENIED. DATES FOR PRELIM. INJUNCTION HEARING WILL BE ADDRESSED AT THE CONFERENCE BEFORE JUDGE COTE ON TUESDAY, JUNE 3, 2008 AT 4:00PM.

SO ORDERED

*Deborah A. Batts* 5/21/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE