```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD., :
                        Plaintiffs, :
                                               :
                -v-                          :    08 Civ. 4746
                                               :    (DLC)(DFE)
REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ :
d/b/a TACTICAL DEPOT and John Does 1-10 being :
defendants whose names are currently unknown :   ORDER OF
but are engaged in the wrongdoing alleged in :   REFERENCE TO A
the complaint herein, :   MAGISTRATE JUDGE
                              Defendants. :
------------------------------------------------X

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

     SO ORDERED:

Dated:    New York, New York
           June 3, 2008

                                                      _____
                                                        DENISE COTE
                                                 United States District Judge