```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD., :
                              Plaintiffs, :
                                        :
                -v-                        :   08 Civ. 4746
                                        :   (DLC)(DFE)
REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ :
d/b/a TACTICAL DEPOT and John Does 1-10 being :  ORDER OF
defendants whose names are currently unknown :  REFERENCE TO A
but are engaged in the wrongdoing alleged in :  MAGISTRATE JUDGE
the complaint herein, :
                              Defendants. :
----------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____

    SO ORDERED:

Dated:    New York, New York
            June 3, 2008

                                        _____
                                        DENISE COTE
                              United States District Judge