# MEMO ENDORSED

## R̪F
### RUSKINMOSCOUFALTISCHEK p.c.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6528
Writer's Direct Fax: (516) 663-6728
Writer's E-mail: mmulholland@rmfpc.com

June 11, 2008

RECEIVED
JUN 1 1 2008
CHAMBERS OF
DENISE COTE

By Fax (212) 805-7907

Honorable Denise L.Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

Re: *O.D.F. Optronics Ltd., et al. v. Remington Arms Co., Inc., et al.*
Civil Action No. 08-CV-4746 (DC)

Dear Judge Cote:

This will confirm the telephone call placed to Chambers this afternoon, by plaintiff ODF Optronics' attorney Joel Schneck, and the undersigned as counsel for defendant Remington Arms. Together we have jointly requested on consent a 24-hour extension of today's deadline for submission of the parties' joint letter outlining the parties' proposed procedural method for handling plaintiff's pending injunction application. We have been working cooperatively to reach a procedural resolution that meets the needs of both sides, but we need just a small amount of additional time to be done. Both sides respectfully request that this brief extension therefore be granted.

Granted. Letter due
June 12.
[signature]
June 11, 2008

Respectfully submitted,

[signature]

Mark S. Mulholland
For the Firm

Encs.

cc: Joel S. Schneck, Esq. (by email w/out attachments)

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425  ᴛ 516.663.6600  ꜰ 212.688.8300  ᴛ F 516.663.6601  ᴠ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016  ꜰ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788