```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
O.D.F. OPTRONICS LTD. and WAVE GROUP :
LTD.,                                :
                         Plaintiffs, :   08 Civ. 4746 (DLC)
                                     :
              -v-                    :   SCHEDULING ORDER
                                     :
REMINGTON ARMS COMPANY, INC., MIGUEL :
PEREZ d/b/a TACTICAL DEPOT and John  :
Does 1-10 being defendants whose names :
are currently unknown but are engaged :
in the wrongdoing alleged in the     :
complaint herein,                    :
                         Defendants. :
                                     :
-------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/17/08

DENISE COTE, District Judge:

   Having held a conference with the parties on June 3, 2008, and having considered the joint submission provided to the Court on June 12, 2008, it is hereby

   ORDERED that the parties shall contact the chambers of Magistrate Judge Eaton no later than **June 20, 2008**, in order to arrange to pursue settlement discussions under his supervision.

   IT IS FURTHER ORDERED that the parties shall complete any necessary fact discovery by **August 1, 2008**.

   IT IS FURTHER ORDERED that, on **August 28, 2008**, by 5:00 p.m., the following documents are to be submitted:

1. Proposed Findings of Fact and Conclusions of Law.

2. All direct testimony shall be by affidavit, except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at hearing. The affidavits shall be served, **but not filed**.

3. Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition.

4. Memorandum of law.

5. Counsel will provide the Court, by delivery directly to Chambers, with two (2) courtesy copies of all these documents at the time they are served, as well as one set of hearing exhibits, pre-marked and assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

6. By **September 5, 2008**, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the hearing. Affiants for whom such notice is not given are not required to be present at the hearing.

7. By **September 12, 2008**, any Reply memorandum of law must be submitted. Counsel will provide the Court with two courtesy copies of any Reply memorandum by delivery directly to Chambers.

IT IS FURTHER ORDERED that the final prehearing conference is scheduled for **September 12, 2008**, at 4:00 p.m. in Courtroom 11B, 500 Pearl Street.

IT IS FURTHER ORDERED that the preliminary injunction hearing will begin at **9:30 a.m.** on **September 22, 2008**.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the hearing.

1. All exhibits must be pre-marked.

2. At the start of the hearing each party will present the Court with three copies of a complete exhibit list.

3. Counsel should make certain that they have custody of all original exhibits, including the affidavits composing the direct testimony. The Court does not retain them and the Clerk is not responsible for them.

SO ORDERED:

Dated:   New York, New York
         June 17, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge