UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------x

O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

    Plaintiffs

-against-

REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ d/b/a TACTICAL DEPOT and John Does 1-10 being defendants whose names are currently unknown but are engaged in the wrongdoing alleged in the complaint herein,

    Defendants.

------------------------------x

Case No. 08-4746 (DLC)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Remington Arms Company, Inc., by its counsel Ruskin Moscou Faltischek, P.C., hereby moves for an Order allowing the admission *pro hac vice* of

    John Morrow, Esq.
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, North Carolina 27101
    (336) 721-3600
    (336) 733-8429

John Morrow, Esq. is a member in good standing of the Bar of the State of North Carolina and the United States District Court for the Middle District of North Carolina. Remington's motion to admit John Morrow, Esq., is supported by

the Certification of Mark Mulholland, a member in good standing of the Bar of this Court.

There are no pending disciplinary proceedings against John Morrow, Esq. in any state or federal court.

Dated: June 13, 2008
      Uniondale, New York

                    RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
      Mark S. Mulholland
      Matthew F. Didora
      *Attorney for Defendant*
      Remington Arms Company, Inc.
      1425 RexCorp Plaza
      Uniondale, New York 11556
      (516) 663-6600

To:   GOLDBERG & RIMBERG, PLLC
      Joel Schneck, Esq.
      115 Broadway
      Suite 302
      New York, New York 10006

      *Attorney for Plaintiffs*
      *O.D.F. Optronics Ltd. and*
      *Wave Group Ltd.*

      MIGUEL PEREZ d/b/a TACTICAL DEPOT
      608 East First Street
      Los Angeles, California 90012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

                       Plaintiffs

-against-

REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ d/b/a TACTICAL DEPOT and John Does 1-10 being defendants whose names are currently unknown but are engaged in the wrongdoing alleged in the complaint herein,

                       Defendants.
------------------------------x

Case No. 08-4746 (DLC)

**CERTIFICATION OF MARK MULHOLLAND IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF JOHN MORROW**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NASSAU    )

      Mark Mulholland, under penalty of perjury, submits the following Certification in support of defendant Remington Arms Company, Inc.'s motion to admit John Morrow *pro hac vice*:

      1.    I am a member of Ruskin Moscou Faltischek, P.C., counsel for defendant Remington Arms Company, Inc. ("Remington"), and as such, I am familiar with the facts and proceedings of this case. I make this certification based upon my personal knowledge of the facts set forth herein and in support of defendant Remington's motion to admit John Morrow, Esq. as counsel *pro hac vice* to appear on behalf of Remington in this case.

      2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1985. I am also a member in good standing of the bars of the United States District Courts for the Southern and Eastern Districts of New York.

3. I have known John Morrow, Esq. since May 2008.

4. Mr. Morrow is a member of Womble Carlyle Sandridge & Rice, PLLC located in Winston-Salem, North Carolina.

5. Mr. Morrow is a member in good standing of the bars of the State of North Carolina and the United States District Court for the Middle District of North Carolina. Copies of the Certificates of Good Standing are attached as Exhibit A.

6. I have found Mr. Morrow to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move for the admission of Mr. Morrow *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Mr. Morrow *pro hac vice*, a copy of which is attached as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit John Morrow, Esq. *pro hac vice* to appear on behalf of defendant Remington Arms Company, Inc. in the above-captioned case be granted.

Dated: June 12, 2008
Uniondale, New York

_____
Mark S. Mulholland
RUSKIN MOSCOU FALTISCHEK, P.C.
*Attorney for Defendant*
Remington Arms Company, Inc.
1425 RexCorp Plaza
Uniondale, New York 11556
(516) 663-6600

AO 136 (NCMD Rev. 9/98)

# United States District Court

## MIDDLE DISTRICT OF NORTH CAROLINA

**CERTIFICATE OF
GOOD STANDING**

I, John S. Brubaker, Clerk of this Court, certify that John F. Morrow, Jr., Bar #023382, was duly admitted to practice in this Court on 09/12/1996 and is in good standing as a member of the Bar of this Court.

Dated at Greensboro, North Carolina on June 6, 2008.

John S. Brubaker  
_____  
Clerk

*Carol Butler*  
_____  
Deputy Clerk

# The North Carolina State Bar

I, L. Thomas Lunsford, II, Secretary of the North Carolina State Bar, do hereby certify that __John F. Morrow, Jr.  (23382)__ is an active member of the North Carolina State Bar in good standing as of this date, and was duly licensed to practice law in this state on __August 24, 1996__.

I further certify that as of this date the above named attorney has not been subject to any public disciplinary action by the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this __6th__ day of __June__, __2008__.

_L. Thomas Lunsford_
Secretary of the North Carolina State Bar

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| O.D.F. OPTRONICS LTD. and WAVE GROUP LTD., | Plaintiff, | 8 cv 4746 (DLC) |
| - against - | | |
| REMINGTON ARMS COMPANY, INC., ET AL. | Defendant. | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Mark Mulholland   attorney for   defendant Remington Arms Company, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John Morrow, Esq. |
| Firm Name: | Womble Carlyle Sandridge & Rice, PLLC |
| Address: | One West Fourth Street |
| City/State/Zip: | Winston-Salem, North Carolina 27101 |
| Telephone/Fax: | (336) 721-3600 |
| Email Address: | jmorrow@wcsr.com |

is admitted to practice pro hac vice as counsel for   defendant Remington Arms Company,   in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,                Case No. 08-4746 (DLC)

       Plaintiffs

 -against-

REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ
d/b/a TACTICAL DEPOT and John Does 1-10 being defendants
whose names are currently unknown but are engaged in the
wrongdoing alleged in the complaint herein,

       Defendants.
------------------------------------------------------------------------x


## CERTIFICATE OF SERVICE

 I, **Matthew F. Didora**, an associate with Ruskin Moscou Faltischek, P.C., hereby certify that on June 13, 2008, service of the attached MOTION TO ADMIT COUNSEL PRO HAC VICE was served by mailing a true and correct copy of same upon the within listed parties by mailing same in a sealed envelope, addressed to the last known address of the addressees as follows:

 GOLDBERG & RIMBERG, PLLC
 Joel Schneck, Esq.
 115 Broadway
 Suite 302
 New York, New York 10006

 Attorney for Plaintiffs
 *O.D.F. Optronics Ltd. and*
 *Wave Group Ltd.*

 MIGUEL PEREZ d/b/a TACTICAL DEPOT
 608 East First Street
 Los Angeles, California 90012

             _____
             **Matthew F. Didora**
             Ruskin Moscou Faltischek, P.C.
             1425 RexCorp Plaza
             East Tower, 15th Floor
             Uniondale, New York 11556
             (516) 663-6600