UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

          Plaintiffs

   -against-

REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ d/b/a TACTICAL DEPOT and John Does 1-10 being defendants whose names are currently unknown but are engaged in the wrongdoing alleged in the complaint herein,

          Defendants.
------------------------------------------------------------x

Case No. 08-4746 (DLC)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

SCANNED

Granted.
[signature]
June 23, 2008

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Remington Arms Company, Inc., by its counsel Ruskin Moscou Faltischek, P.C., hereby moves for an Order allowing the admission *pro hac vice* of

    John Morrow, Esq.
    Womble Carlyle Sandridge & Rice, PLLC
    One West Fourth Street
    Winston-Salem, North Carolina 27101
    (336) 721-3600
    (336) 733-8429

John Morrow, Esq. is a member in good standing of the Bar of the State of North Carolina and the United States District Court for the Middle District of North Carolina. Remington's motion to admit John Morrow, Esq., is supported by

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

              Plaintiffs

    -against-

REMINGTON ARMS COMPANY, INC., MIGUEL
PEREZ d/b/a TACTICAL DEPOT and John Does 1-10
being defendants whose names are currently unknown but
are engaged in the wrongdoing alleged in the complaint
herein,

              Defendants.
------------------------------------------------------------ x

Case No. 08-4746 (DLC)

**NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

SCANNED

    Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, defendant Remington Arms Company, Inc., by its counsel Ruskin Moscou Faltischek, P.C., hereby moves for an Order allowing the admission *pro hac vice* of

        John Morrow, Esq.
   Womble Carlyle Sandridge & Rice, PLLC
       One West Fourth Street
   Winston-Salem, North Carolina 27101
        (336) 721-3600
        (336) 733-8429

*Granted.*
*June 23, 2008*

    John Morrow, Esq. is a member in good standing of the Bar of the State of North Carolina and the United States District Court for the Middle District of North Carolina. Remington's motion to admit John Morrow, Esq., is supported by

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08

the Certification of Mark Mulholland, a member in good standing of the Bar of this

Court.

There are no pending disciplinary proceedings against John Morrow, Esq. in

any state or federal court.

Dated: June 13, 2008
       Uniondale, New York

                              RUSKIN MOSCOU FALTISCHEK, P.C.

                              By: _____
                                  Mark S. Mulholland
                                  Matthew F. Didora
                                  *Attorney for Defendant*
                                  Remington Arms Company, Inc.
                                  1425 RexCorp Plaza
                                  Uniondale, New York 11556
                                  (516) 663-6600

To:   GOLDBERG & RIMBERG, PLLC
        Joel Schneck, Esq.
        115 Broadway
        Suite 302
        New York, New York 10006

        *Attorney for Plaintiffs*
        *O.D.F. Optronics Ltd. and*
        *Wave Group Ltd.*

        MIGUEL PEREZ d/b/a TACTICAL DEPOT
        608 East First Street
        Los Angeles, California 90012

\423059\1