UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

                Plaintiffs,

             Case No. 08-CV-4746 (DLC)

-against-

**NOTICE OF APPEARANCE**

REMINGTON ARMS COMPANY, INC., MIGUEL PEREZ d/b/a TACTICAL DEPOT and John Does 1-10 being defendants whose names are currently unknown but are engaged in the wrongdoing alleged in the complaint herein,

                Defendants.
------------------------------ x

      **PLEASE TAKE NOTICE** that the undersigned has been retained by and appears as co-counsel for Remington Arms Company, Inc. in the above-entitled proceeding and requests that a copy of all notices and other papers in this proceeding be served at the address given below.

Dated: Uniondale, New York
       July 3, 2008

                          RUSKIN MOSCOU FALTISCHEK, P.C.

                          By: _____
                            Matthew F. Didora
                            *Attorney for Defendant*
                            1425 RexCorp Plaza
                            Uniondale, New York 11556
                            (516) 663-6600

TO:  GOLDBERG & RIMBERG PLLC
      Joel S. Schneck, Esq.
      115 Broadway, Suite 302
      New York, New York 10006

      WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
      John Morrow, Esq.
      One West Fourth Street
      Winston-Salem, North Carolina 27101

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

                      Plaintiffs,

                                                                     Case No. 08-CV-4746 (DLC)

-against-

REMINGTON ARMS COMPANY, INC., MIGUEL
PEREZ d/b/a TACTICAL DEPOT and John Does 1-10
being defendants whose names are currently unknown but
are engaged in the wrongdoing alleged in the complaint
herein,

                      Defendants.
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

      I, Matthew F. Didora, hereby certify that on July 3, 2008, I caused to be served a true copy of the annexed **Notice of Appearance**, by ECF filing same with the Clerk of the Court and served in accordance with the Eastern District rules on electronic service **and** by and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

GOLDBERG & RIMBERG PLLC
Joel S. Schneck, Esq.
115 Broadway, Suite 302
New York, NY 10006

WOMBLE CARLYLE SANDRIDGE
& RICE, PLLC
John Morrow, Esq.
One West Fourth Street
Winston-Salem, North Carolina 27101

_____
Matthew F. Didora
*Attorney for Defendant*
Remington Arms Company, Inc.
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
Uniondale, New York 11556
(516) 663-6600