Mark S. Mulholland
Matthew F. Didora
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant*
*Remington Arms Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.**              **RULE 7.1 STATEMENT**

                         **Plaintiffs,**              Case No.: 08-CV-4746
                                                                (DLC/DFE)

- against -

**REMINGTON ARMS COMPANY, INC., ET AL.,**

                                **Defendants.**
-----------------------------------------------------------------X

Pursuant to Fed.R.Civ.P. 7.1 defendant Remington Arms Company, Inc., makes the following statement: Defendant Remington Arms Company, Inc. states that it is owned by Cerberus Capital Management, L.P.

Dated: Uniondale, New York
         August 18, 2008

                                        RUSKIN MOSCOU FALTISCHEK, P.C.
                                        *Attorney for Defendant*
                                        *Remington Arms Company, Inc.*

                                        By: _____
                                          Mark S. Mulholland, Esq.
                                          Matthew F. Didora, Esq.
                                          East Tower, 15th Floor
                                          1425 RexCorp Plaza
                                          Uniondale, New York 11556-1425
                                          (516) 663-6600