Mark S. Mulholland
Matthew F. Didora
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant*
*Remington Arms Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

O.D.F. OPTRONICS LTD. and
WAVE GROUP LTD.

                              **Plaintiffs,**      Case No. 08-CV-4746 (DLC/DFE)

          - against -

REMINGTON ARMS COMPANY, INC.,      NOTICE OF MOTION AND
MIGUEL PEREZ d/b/a TACTICAL DEPOT      MOTION TO DISMISS COUNT VIII
and Does 1-10 being defendants whose names      OF PLAINTIFFS' COMPLAINT
are currently unknown but are engaged in the
wrongdoing alleged in the complaint herein,

                              **Defendants.**

------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, the upon the accompanying memorandum of law, and upon all prior pleadings herein, Defendant Remington Arms Company, Inc., by its attorneys, hereby moves this Court for an order dismissing Count VIII of Plaintiffs' Complaint against Remington and other such relief as the Court deems just and proper.

A copy of Remington's memorandum in support and proposed order are filed contemporaneously herewith.

Oral argument on Remington's motion shall be on a date and at a time designed by the Court.

Dated: Uniondale, New York
August 15, 2008

Respectfully submitted,

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Mark S. Mulholland
Matthew F. Didora
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

*Of Counsel:*

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant*
*Remington Arms Company, Inc.*

## CERTIFICATE OF SERVICE

I, Matthew F. Didora, hereby certify that on August 15, 2008, I caused to be served a true copy of the annexed NOTICE OF MOTION AND MOTION TO DISMISS COUNT VIII OF PLAINTIFFS' COMPLAINT, to be filed with the Clerk of the Court and served in accordance with the Eastern District rules, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following person at the last known address set forth:

GOLDBERG & RIMBERG, PLLC
Joel S. Schneck, Esq.
115 Broadway, 3rd Floor
New York, New York 10006
Attorneys for Plaintiffs

Dated: August 15, 2008
       Uniondale, New York

Matthew F. Didora
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
Uniondale, New York 11556
(516) 663-6600