UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
O.D.F. OPTRONICS LTD. and WAVE GROUP    :
LTD.,                                   :
                          Plaintiffs,   :     08 Civ. 4746 (DLC)
                                        :
             -v-                        :            ORDER
                                        :
REMINGTON ARMS COMPANY, INC., MIGUEL    :
PEREZ d/b/a TACTICAL DEPOT and John     :
Does 1-10 being defendants whose names  :
are currently unknown but are engaged   :
in the wrongdoing alleged in the        :
complaint herein,                       :
                          Defendants.   :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

DENISE COTE, District Judge:

     Defendant Remington Arms Company, Inc.'s motion to dismiss

Count VIII of the Plaintiffs' complaint against Remington having

been filed on August 18, 2008, it is hereby

     ORDERED that plaintiffs' opposition is due September 3; any

reply is due September 9.  At the time any reply is filed,

defendant shall provide two courtesy copies of all motion papers

to Chambers by delivering them to the Courthouse Mailroom, 8th

Floor, United States Courthouse, 500 Pearl Street, New York, New

York.

     IT IS FURTHER ORDERED that the preliminary injunction

schedule remains as reflected in the June 17, 2008 Order.

    SO ORDERED:

Dated:    New York, New York
           August 26, 2008

                               DENISE COTE
                      United States District Judge