Mark S. Mulholland
Matthew F. Didora
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant*
*Remington Arms Company, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

O.D.F. OPTRONICS LTD. and
WAVE GROUP LTD.

                                    Plaintiffs,        Case No. 08-CV-4746 (DLC/DFE)

       - against -

REMINGTON ARMS COMPANY, INC.,        NOTICE OF MOTION AND
MIGUEL PEREZ d/b/a TACTICAL DEPOT    MOTION TO TRANSFER VENUE
and Does 1-10 being defendants whose names    TO THE MIDDLE DISTRICT OF
are currently unknown but are engaged in the    NORTH CAROLINA
wrongdoing alleged in the complaint herein,

                                 **Defendants.**

-------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law, and upon all prior pleadings herein, Defendant Remington Arms Company, Inc., by its attorneys hereby moves this Court for an order transferring this case to the Middle District of North Carolina.

Copies of Remington's memorandum of law, declaration of Robert M. Pantle and declaration of John F. Morrow, which are submitted in support of defendant's motion, are filed contemporaneously herewith.

Dated:  Uniondale, New York
        September 3, 2008

Respectfully submitted,

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Mark S. Mulholland
Matthew F. Didora
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

*Of Counsel:*

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant
Remington Arms Company, Inc.*