Mark S. Mulholland
Matthew F. Didora
RUSKIN MOSCOU FALTISCHEK, P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, New York 11556-1425
Phone: (516) 663-6600

John F. Morrow, Jr. – *pro hac vice*
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Phone: (336) 721-3584

*Attorneys for Defendant*
*Remington Arms Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

O.D.F. OPTRONICS LTD. and
WAVE GROUP LTD.

                                   Plaintiffs,        Case No. 08-CV-4746 (DLC/DFE)

       - against -

REMINGTON ARMS COMPANY, INC.,
MIGUEL PEREZ d/b/a TACTICAL DEPOT
and Does 1-10 being defendants whose names
are currently unknown but are engaged in the
wrongdoing alleged in the complaint herein,

                                  Defendants.

------------------------------------------------------------X

**DECLARATION OF ROBERT M. PANTLE IN SUPPORT**
**OF DEFENDANT REMINGTON ARMS COMPANY, INC.'S MOTION TO TRANSFER**
**VENUE TO THE MIDDLE DISTRICT OF NORTH CAROLINA**

Robert M. Pantle, under penalty of perjury, affirms as follows:

1. I am a Vice President within the Government Sales Directorate of Remington Arms Company, Inc. ("Remington"), and I am personally familiar with the facts and circumstances described in this declaration. I submit this declaration in support of Defendant Remington Arms Company, Inc.'s Motion to Transfer Venue to the Middle District of North Carolina.

2. The Remington employees having material knowledge concerning the substance of the Termination Agreement with Plaintiffs and the sales agreement with Blue Star are Charles Lawson, Stephen Jackson and myself. All three of us are based in Madison, North Carolina. The great majority of Remington's communicates with Blue Star regarding the Blue Star agreement take place from Remington's headquarters in Madison, North Carolina.

3. Remington's documents relating to the Termination Agreement and Remington's performance in connection with same (including documents relating to Remington's agreement with Blue Star) are located in Madison, North Carolina.

4. The Eyeball units in question are stored, maintained and shipped from a facility in Memphis, Tennessee.

Dated: September 3, 2008
Madison, North Carolina

_____
Robert M. Pantle