```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
O.D.F. OPTRONICS LTD. and WAVE GROUP
LTD.,
                  Plaintiffs,        08 Civ. 4746 (DLC)

        -v-                               ORDER

REMINGTON ARMS COMPANY, INC., MIGUEL
PEREZ d/b/a TACTICAL DEPOT and John
Does 1-10 being defendants whose names
are currently unknown but are engaged
in the wrongdoing alleged in the
complaint herein,
                  Defendants.
----------------------------------------X

DENISE COTE, District Judge:

    Defendant Remington Arms Company, Inc.'s motion to transfer venue having been filed on September 3, 2008, it is hereby

    ORDERED that plaintiffs' opposition is due September 29; any reply is due October 6. At the time any reply is filed, defendant shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           September 4, 2008

                                            _____
                                              DENISE COTE
                                United States District Judge