UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.

                 Plaintiffs,                    Case No. 08-CV-4746 (DLC/DFE)

      - against -

REMINGTON ARMS COMPANY, INC.,          DEFENDANT REMINGTON ARMS
MIGUEL PEREZ d/b/a TACTICAL DEPOT      COMPANY, INC.'S NOTICE
and Does 1-10 being defendants whose names    OF INTENDED
are currently unknown but are engaged in the     CROSS-EXAMINATION
wrongdoing alleged in the complaint herein,

                 Defendants.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE THAT defendant Remington Arms Company, Inc. intends to cross-examine Eran Tibon at the preliminary injunction hearing to be held herein on September 22, 2008.

Dated: Uniondale, New York
       September 5, 2008

                                                   RUSKIN MOSCOU FALTISCHEK, P.C.

                                       By: _____
                                          Mark S. Mulholland
                                          Matthew F. Didora
                                          East Tower, 15th Floor
                                          1425 RexCorp Plaza
                                          Uniondale, New York 11556-1425
                                          Phone: (516) 663-6600

                                          WOMBLE CARLYLE SANDRIDGE & RICE,
                                          PLLC
                                          John F. Morrow, Jr. – *pro hac vice*
                                          One West Fourth Street
                                          Winston-Salem, North Carolina 27101
                                          Phone: (336) 721-3584

                                          *Attorneys for Defendant*
                                          *Remington Arms Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
O.D.F. OPTRONICS LTD. and WAVE GROUP LTD.,

                              Plaintiffs,

                                                                                              Case No. 08-CV-4746 (DLC)

-against-

REMINGTON ARMS COMPANY, INC., MIGUEL
PEREZ d/b/a TACTICAL DEPOT and John Does 1-10
being defendants whose names are currently unknown but
are engaged in the wrongdoing alleged in the complaint
herein,

                              Defendants.
------------------------------------------------------- x

### CERTIFICATE OF SERVICE

     I, Mark S. Mulholland, hereby certify that on September 5, 2008, I caused to be served a true copy of the annexed **Notice of Intended Cross-Examination**, by ECF filing same with the Clerk of the Court and served in accordance with the Southern District rules on electronic service **and** by and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| GOLDBERG & RIMBERG PLLC | WOMBLE CARLYLE SANDRIDGE |
| Joel S. Schneck, Esq. | & RICE, PLLC |
| 115 Broadway, Suite 302 | John Morrow, Esq. |
| New York, NY 10006 | One West Fourth Street |
| | Winston-Salem, North Carolina 27101 |

_[signature]_

Mark S. Mulholland
*Attorney for Defendant*
Remington Arms Company, Inc.
Ruskin Moscou Faltischek, P.C.
1425 RexCorp Plaza
Uniondale, New York 11556
(516) 663-6600