UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
O.D.F. OPTRONICS LTD. and
WAVE GROUP LTD.                                         Docket No. 1:08-cv-04746(DLC)

                Plaintiffs,

  -against-                                            **PLAINTIFFS O.D.F. OPTRONICS
                                                                   AND WAVE GROUP LTD'S
                                                                   NOTICE OF INTENDED CROSS
REMINGTON ARMS COMPANY, INC.,                           EXAMINATION**
MIGUEL PEREZ d/b/a TACTICAL DEPOT
And John Does 1-10 being defendants whose
names are currently unknown but are engage
in the wrongdoing alleged in the complaint herein,

                Defendants.
-----------------------------------------------------X

      PLEASE TAKE NOTICE THAT, Plaintiffs O.D.F. Optronics, Ltd. and Wave Group Ltd. intend to cross examine Charles R. Lawson and Robert M. Pantle at the preliminary injunction hearing to be held herein on September 22, 2008. If the Court is inclined to entertain the testimony of Daniel D. Barks and Linda M. Duncan, Plaintiffs intent to cross examine them as well.

Dated: New York, New York
        September 5, 2008

                                                     GOLDBERG & RIMBERG, PLLC


                                                     By: _____/s_____
                                                     Joel S. Schneck (jss7019)
                                                     Robert L. Rimberg (rlr2453)
                                                     Attorneys for Plaintiff
                                                     115 Broadway, 3rd Floor
                                                     New York, New York 10006
                                                     (212) 697-3250